UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN JOAQUIN COUNTY JAIL, et al.,<br><br>        Defendant. | No. 2:18-cv-2710 KJN P<br><br><br><br>ORDER |

      Plaintiff, a former jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff did not fully complete the form. Under paragraph 3(f), plaintiff noted he had income from other sources, but failed to describe the source of money, the amount received, and what plaintiff expects to continue to receive. Also, it appears that since plaintiff completed the form, he is no longer incarcerated. Therefore, plaintiff's request is dismissed and plaintiff is provided the opportunity to submit the application on the appropriate form. Plaintiff is cautioned that failure to comply with this order will result in the dismissal of his action.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice;

1

2. The Clerk of the Court is directed to send plaintiff, who is now out of custody, a new Application to Proceed In Forma Pauperis; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: October 16, 2018

/bled2710.3d

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE