UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE, SR., | No. 2:18-cv-2710 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SGT. MARTINEZ, et al., | |
| Defendants. | |

     Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  This action proceeds on plaintiff's claim in his second amended complaint that defendant Sgt. Martinez violated plaintiff's First Amendment rights by retaliating against plaintiff for filing a grievance against Martinez. (ECF No. 12 at 1.)  On August 26, 2020, plaintiff filed a request for an environmental circuit prosecutor, and on August 28, 2020, plaintiff filed a document entitled "Discovery."  (ECF Nos. 42, 43.)

     Plaintiff's filings are unclear.  Plaintiff is pursuing a civil rights action that does not involve the violation of environmental laws.  Moreover, because this is a civil action, no prosecutor is required, and his request is denied.  Further, plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil

Procedure. In other words, discovery is self-executing; plaintiff must propound his own discovery requests. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. The August 13, 2020 discovery and scheduling order provided information concerning the discovery process. (ECF No. 40.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 42) is denied; and

2. Plaintiff's "discovery" (ECF No. 43) is placed in the court file and disregarded.

Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

Dated: September 1, 2020

/bled2710.env

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2