UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>             Plaintiff,<br><br>      v.<br><br>SGT. MARTINEZ,<br><br>             Defendant. | No.  2:18-cv-02710-JAM-KJN<br><br><br>ORDER |

Plaintiff is a former county inmate, proceeding without counsel. This action proceeds on plaintiff's second amended complaint in which he alleges Sgt. Martinez retaliated against plaintiff for filing a grievance against Martinez at the San Joaquin County Jail.  On October 26, 2020, plaintiff filed a document entitled "Motion for Defendant[] to Disclose All Evidence to Plaintiff and to Preserve All Evidence."  (ECF No. 62.)  Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 62) is denied without prejudice.  Plaintiff is cautioned that further filing of discovery requests or responses,

1

except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.  Fed. R. Civ. P. 41(b).

Dated:  October 29, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE