UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE, | No. 2:18-cv-2710 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SGT. MARTINEZ, | |
| Defendant. | |

Plaintiff is a former county inmate, proceeding pro se. Plaintiff has filed a motion to extend the discovery deadline pending his appeal, and renewed his motion for a court order requiring defendant to disclose all evidence pertinent to the instant action.

Within twenty-one days, counsel for defendant shall respond to plaintiff's motion to modify the scheduling order. (ECF No. 65.)

As to plaintiff's request for a court order requiring defendant to "give plaintiff all evidence in this case," it appears that plaintiff may not have properly propounded his discovery request. Plaintiff states that he sent a letter to defendant's attorney on October 22, 2020, but as of November 10, 2020, plaintiff had not received a response. (ECF No. 65 at 2.) However, the scheduling order provides that responses to written discovery requests are not due until 45 days after the request is served. (ECF No. 40 at 5.) Thus, even if plaintiff properly propounded a discovery request, his request that the court address defendant's alleged failure to respond is

1   premature.  In addition, plaintiff is advised that under the Federal Rules, he must specifically
2   identify the discovery he seeks, and comport with the applicable rules.  See, e.g., Fed. R. Civ. P.
3   30 (depositions); Fed. R. Civ. P. 33 (interrogatories); Fed. R. Civ. P. 34 (request for production of
4   documents).  A broad request such as "turn over all evidence" is insufficient.  That said, the court
5   expects the parties will cooperate in discovery, particularly where the plaintiff is proceeding
6   without counsel.

   Plaintiff is reminded that court permission is not necessary for discovery requests and that
neither discovery requests served on an opposing party nor that party's responses should be filed
until such time as a party becomes dissatisfied with a response and seeks relief from the court
pursuant to the Federal Rules of Civil Procedure.  Discovery requests between the parties shall
not be filed with the court unless, and until, they are at issue.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Within twenty-one days from the date of this order, defendant shall file a response to plaintiff's motion to modify the scheduling order; and

   2. Plaintiff's motion for discovery (ECF No. 66) is denied.

Dated:  November 23, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bled2710.fb

2