UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE, SR., | No. 2:18-cv-2710 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| SGT. MARTINEZ, et al., | |
| Defendants. | |

Plaintiff is a former county jail inmate, proceeding pro se, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's claim that defendant Sgt. Martinez violated plaintiff's First Amendment rights by retaliating against plaintiff for filing a grievance against Martinez. (ECF Nos. 11; 12.) On March 15, 2021, plaintiff filed a document styled, "Motion for Summary Judgment," citing Rule 56 of the Federal Rules of Civil Procedure. (ECF No. 109.) Plaintiff's two-page motion utterly fails to comply with Rule 56 or Local Rule 260. Plaintiff fails to address all of the elements required to prevail on a retaliation claim, or to submit any evidence in support thereof. Rather, plaintiff appears to claim that defendant failed to respond to grievances within thirty days, and then concludes that defendant violated plaintiff's First Amendment rights to file a grievance. (ECF No. 109 at 2.) Plaintiff was previously provided the elements of a retaliation claim. (ECF No. 8 at 5.) Therefore, defendant is relieved of his obligation to respond to the motion, and the motion is denied without prejudice.

1     Moreover, plaintiff's motion is premature. Plaintiff's motion to compel discovery is pending, as is defendant's motion for terminating sanctions. Plaintiff's opposition to defendant's motion is due April 1, 2021. Thus, plaintiff should not renew his motion for summary judgment at least until the court rules on such pending motions.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendant is relieved of his obligation to respond to plaintiff's motion (ECF No. 109); and

    2. Plaintiff's motion (ECF No. 109) is denied without prejudice.

Dated: March 30, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bled2710.den

/bled2710.dsc.sanc

2