|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

DONNELL BLEDSOE, SR.,

Plaintiff,

v.

SGT. MARTINEZ, et al.,

Defendants.

No. 2:18-cv-2710 JAM KJN P

ORDER AND REVISED SCHEDULING ORDER

Plaintiff is a former county jail inmate, proceeding pro se, with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. This action proceeds on plaintiff's claim that defendant Martinez violated plaintiff's First Amendment rights by retaliating against plaintiff for filing a grievance against Martinez. (ECF Nos. 11; 12.) On June 1, 2021, defendant renewed his motion for terminating sanctions based on plaintiff's failure to pay the court-ordered expenses. On June 7, 2021, plaintiff filed a response stating that he had offered to pay defense counsel in installments, opposing counsel agreed, and plaintiff provided a copy of his $200.00 money order payable to defense counsel. Defendant did not respond to plaintiff's filing. Good cause appearing, the motion for terminating sanctions is denied.

In light of the delayed receipt of discovery and the pending motion, the dispositive pretrial motions deadline is extended to August 16, 2021.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for terminating sanctions (ECF No. 118) is denied; and

2. The pretrial motions deadline is extended from July 16, 2021, to August 16, 2021. In all other respects, the August 13, 2020 scheduling order remains in effect.

Dated: July 8, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bled2710.term2