1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DONNELL BLEDSOE,                          No.  2:18-cv-2710 JAM KJN P

12              Plaintiff,

13        v.                                   ORDER

14   SGT. MARTINEZ, et al.,

15              Defendants.

16

17        Plaintiff is a former county jail inmate proceeding pro se.  Defendant's motion for

18   summary judgment is before the court.  In support of the motion, defendant provided a copy of a

19   March 20, 2017 inmate grievance form identified by defendant as Exhibit B and bearing a

20   "Donnell Bledsoe C" sticker from the deposition.  (ECF No. 154-8 at 24.)  Defendant Martinez

21   and Correctional Officer Steve Williams both declare that Exhibit B is a fully attached, three

22   carbon page grievance form.  Plaintiff disputes that the form remains attached and asks for a

23   physical inspection of the form by him and the court.  (ECF No. 157 at 12.)  The electronic

24   version of Exhibit B provided by defendant only displays the cover page.  Defendant shall submit

25   the original Exhibit B to the court for consideration in connection with the pending motion for

26   summary judgment.

27        In addition, defendant shall provide the complete transcript from plaintiff's February 12,

28   2021 deposition.  If there is an electronic version of the deposition transcript, counsel should

1   forward the transcript to kjnorders@caed.uscourts.gov.  Otherwise, counsel may mail the hard

2   copy to the undersigned.

3         Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this

4   order counsel for defendant shall provide to the court the original Exhibit B (ECF No. 154-8 at

5   24) and plaintiff's complete deposition transcript.

6   Dated:  June 30, 2022

7

8                                                         KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE
9

    /cw/bled2710.fb
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28