UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>         Plaintiff,<br><br>    v.<br><br>SGT. MARTINEZ, et al,<br><br>         Defendants. | No. 2:18-cv-02710-DAD-KJN (PC)<br><br>ORDER DENYING SECOND MOTION FOR RECONSIDERATION<br><br>(Doc. No. 183) |

    Plaintiff Donnell Bledsoe is a former county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 31, 2022, the court denied plaintiff's motion for reconsideration of the court's September 12, 2022 order, which granted in part defendant's motion for summary judgment, because plaintiff's motion for reconsideration did "not identify any basis under Rule 60(b) upon which this court should reconsider its order." (Doc. No. 180.)

    This matter is before the court on plaintiff's second attempt to have the court reconsider its September 12, 2022 order, (Doc. No. 172). Specifically, on November 7, 2022, plaintiff filed a document titled "Objection to Order Denying Motion for Reconsideration," which the court will construe as a second motion for reconsideration of the court's September 12, 2022 order. (Doc. No. 183.) Therein, in an apparent effort to address his prior failure to identify a basis for

reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure, plaintiff merely quotes the text of Rule 60(b) and listing all of the bases for relief articulated in that rule. (*Id.* at 2–3.) Plaintiff does not explain how any of those bases for relief apply in this particular case and to the challenged September 12, 2022 order. Thus, plaintiff's second motion for reconsideration will likewise be denied.

Accordingly,

1. Plaintiff's motion for reconsideration (Doc. No. 183) is denied;
2. The court will not entertain any further motions for reconsideration of the September 12, 2022 order (Doc. No. 172); and
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 10, 2022**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE