UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. MARTINEZ, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2710 JAM KJN P<br><br><br>ORDER TO SHOW CAUSE |

    Plaintiff is a former county jail inmate, proceeding pro se. By order filed September 27, 2022, this court directed plaintiff to file a pretrial statement on or before December 14, 2022. Plaintiff has not responded to the court's order. On January 4, 2023, defendant Martinez filed his pretrial statement. On January 12, 2023, the parties appeared for settlement conference, but the case did not settle. Despite plaintiff submitting his confidential settlement conference statement, and being served with a copy of defendant's pretrial statement, plaintiff still has not filed his pretrial statement, or sought leave to file a late pretrial statement.

    Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff shall show cause why this case should not be dismissed based on his failure to comply with the September 27, 2022 order. If plaintiff responds, he shall also submit his pretrial statement. Plaintiff is cautioned that if he fails to respond, the court will recommend that this

////

1

action be dismissed based on plaintiff's failure to comply with a court order.  Fed. R. Civ. P. 41(b).

Dated:  January 17, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bled2710.osc