UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL BLEDSOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. MARTINEZ, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-2710 JAM KJN P<br><br>ORDER MODIFYING TRIAL CONFIRMATION AND JURY TRIAL DATES IN PRETRIAL ORDER |

　　　　Plaintiff is a former county jail inmate, proceeding pro se.  On May 30, 2023, the undersigned issued the pretrial order.  On June 1, 2023, defendant filed objections to the dates set for the trial confirmation hearing and jury trial; on June 8, 2023, plaintiff filed a response.  No substantive objections were raised.

　　　　Defense counsel has pre-paid tickets to be out of the country from September 20, 2023, returning to the office on October 5, 2023, but begins a complex, multi-party case in Los Angeles County on October 23, 2023, anticipated to last three to four court weeks.  Thus, counsel seeks to continue the dates set in the pretrial order.  Plaintiff objects, claiming defendant is trying to delay the case, suggests defense counsel take his vacation earlier, and notes defendant showed no proof that the reservation was set before the pretrial order issued.

　　　　Plaintiff's objections are overruled.  Defense counsel, as an officer of the court, is not required to present evidence concerning his long-held vacation plans.  The court understands that

1

this case was filed in 2018 and plaintiff is anxious to get his day in court, but defense counsel cannot be in two places at once. That said, the court is not inclined to grant any further continuances. Due to prior calendaring conflicts, the earliest the jury trial could be reset is November 27, 2023; trial confirmation hearing is continued to October 10, 2023, via Zoom. In all other respects, the pretrial order is final.

Accordingly, IT IS HEREBY ORDERED that the May 30, 2023 pretrial order (ECF No. 198) is modified as follows:

1. The September 26, 2023 trial confirmation hearing is continued to Tuesday, October 10, 2023, at 1:30 p.m., by Zoom, before the Honorable Dale A. Drozd, U.S. District Judge; and

2. The October 16, 2023 jury trial is continued to Monday, November 27, 2023, at 9:00 a.m., in Courtroom 4 before the Honorable Dale A. Drozd, U.S. District Judge.

In all other respects the May 30, 2023 pretrial order is final.

Dated:  June 28, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bled2710.pto.mod