

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE DALE A. DROZD

DONNELL BLEDSOE,                                              CASE No. 2:18-cv-02710-DAD-KJN (P)
        Plaintiff,

   v.                                                  MINUTES

MARTINEZ,                                       Date:  March 25, 2024
                                                     Deputy Clerk: P. Buzo
        Defendant*.                           ECRO:  Jenny Wood
_____/

Plaintiff: Donnell Bledsoe
Counsel for Defendant:  Mark Berry

### JURY TRIAL – DAY 1

| Time | Event |
|---|---|
| 9:00 am | Court in session.  Outside the presence of the jury. Donnell Bledsoe, pro se pltf, present.  Dft Steve Martinez present. Mark Berry and appeared for dft, Steve Martinez.  Court addressed pltf request [211] for nine- member jury.  After discussion, pltf request denied. Court addressed dft's MIL and pltf's non-filing responses.  Pltf addressed the court as to responses submitted. As to Dft's MIL #1, discussion held. MIL #1 Denied as stated on the record. MIL #2, Granted as stated on the record.  MIL #3, discussion held. MIL #3 Granted as stated on the record. MIL #4, discussion held. MIL #4 Denied as stated on the record.  MIL #5, discussion held. MIL #5, court differed ruling. |
| 9:45 am | Outside the presence of the jury. Court discussed voir dire procedure with parties. |
| 9:58 am | In the presence of prospective jurors. Prospective jurors sworn.  Introduction of court staff and parties. |
| 10:02 am | Voir Dire began. |
| 10:57 am | Morning recess. |
| 11:13 am | Back in the presence of the jury. Resume Voir Dire. |
| 11:49 am | No Voir Dire by Pltf. |
| 11:50 am | Defense Voir Dire. |
| 12:05 pm | Court addressed Juror #15. After discussion, Juror #15 excused. |
| 12:11 pm | Pltf addressed the court with challenges for cause. Defense had no challenges for cause. Sidebar. |
| 12:15 pm | No further challenges for cause. |
| 12:15 pm | Strike Sheet. |
| 12:25 pm | Jurors sworn. Court instructed jury. |
| 12:30 pm | Lunch recess. |

2:18-cv-02710-DAD-KJN, <u>Bledsoe v. Martinez.</u>
Minutes - Page 2

| Time | Event |
|---|---|
| 1:50 pm | Back in the presence of the jury. Preliminary jury instructions given. |
| 2:08 pm | Pltf motion to exclude witnesses. Motion granted. |
| 2:09 pm | Pltf opening statement. |
| 2:21 pm | Defense opening statement. |
| 2:36 pm | Pltf called dft Steve Martinez, sworn and testified. |
| 2:46 pm | Defense reserved examination. |
| 2:47 pm | Pltf called Steven Williams, sworn and testified. |
| 2:59 pm | Outside the presence of the jury. Court addressed exhibits produced by pltf. |
| 3:19 pm | Outside the presence of the jury. Court stated of its intention to move Dft Exhibit A-1 into evidence, with no objection. |
| 3:20 pm | Back in the presence of the jury. Pltf moved to admit Dft Exhibit A-1, without objection. Dft Exhibit A-1 Admitted. |
| 3:24 pm | Defense reserved examination. |
| 3:25 pm | Pltf called Robert Teague. Defense informed Mr. Teague is not available. |
| 3:30 pm | Pltf called Donnell Bledsoe, sworn and testified. |
| 4:05 pm | Cross examination. Pltf Deposition transcript. Dft Exhibit A-1. Defense Exhibit E, A. Defense moved to admit Exhibit A, with objection. Exhibit published for demonstrative purpose only. Exhibit I1. Defense moved to admit I1, without objection. Defense Exhibit I1 Admitted. Defense moved to admit Exhibit I2, without objection. Defense Exhibit I2 Admitted. Defense moved to admit Exhibit I3, without objection. Defense Exhibit I3 Admitted. |
| 5:03 pm | Evening recess. Court in recess until 3/27/24 at 9:00 am. Court admonished jury. |
| | |
| | |

TIME IN COURT: 6.5 hours