

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

DONNELL BLEDSOE,                                    CASE No.  2:18-cv-02710-DAD-KJN (P)
        Plaintiff,

  v.                                                                      MINUTES

MARTINEZ,                                                       Date:  March 27, 2024
                                                                Deputy Clerk: P. Buzo
        Defendant*.                                             ECRO:  Jenny Wood
_____/

Plaintiff: Donnell Bledsoe
Counsel for Defendant:  Mark Berry

**JURY TRIAL – DAY 2**

| Time | Event |
|---|---|
| 9:00 am | Court in session. Jury present. Donnell Bledsoe, pro se pltf, present. Dft Martinez present. Mark Berry appeared for dft. |
| 9:12 am | Resume cross examination of Donnell Bledsoe. Dft Exhibit B. Defense moved to admit Exhibit B, without objection. Exhibit B Admitted. |
| 9:25 am | Redirect. |
| 9:34 am | No Re-cross. |
| 9:34 am | Pltf moved to admit Pltf Exhibit F, with defense objection. Court overruled defense objection. Pltf moved to admit Exhibit T, with defense objection. Court sustained. Defense objection. Court allowed Pltf to testify of other related grievances as stated on the record.  Exhibits not admitted. |
| 9:44 am | Pltf reopen direct. |
| 9:47 am | No cross.  Witness excused. |
| 9:48 am | Pltf rests. |
| 9:49 am | Recess. |
| 9:50 am | Defense moved for directed verdict [231]. Argument heard.  Court reviewed defense brief.  Defense motion for directed verdict denied. |
| 10:11 am | Back in the presence of the jury. |
| 10:11 am | Defense called Steve Martinez, previously sworn and testified.  Defense Exhibit I1, I2, A.  Defense moved to admit Exhibit A.  Court differed ruling.  Defense Exhibit E. |
| 10:50 am | Recess. |
| 10:58 am | Outside the presence of the jury. Discussion of Exhibit A. Discussion held. Court sustained objection.  Plf objection to Defense Exhibit E. Objection overruled. Discussion of Pltf Exhibit F and objection. |
| 11:13 am | Back in the presence of jury. |

2:18-cv-0075-DAD-JDP, Mountjoy v. Stam Shipping SA, et al..
Minutes - Page 2

| | |
|---|---|
| 11:14 am | Resume direct.  Defense Exhibit E. Defense moved to admit Defense E, with objection. Defense Exhibit E pg. 2 is Admitted. Defense Exhibit F, pg. 4. Defense moved to admit Exhibit F, pg. 4, without objection. Defense Exhibit F, pg. 4 Admitted. Defense Exhibit A (demonstrative purpose only) |
| 11:30 am | Cross examination.  Defense Exhibit A (demonstrative purpose only). |
| 11:48 pm | No redirect. Witness excused. |
| 11:50 am | Defense called Sgt. Steve Williams, previously sworn and testified.  Defense Exhibit B, A-1, F, pg. 4, |
| 12:06 pm | Cross examination. |
| 12:08 pm | Redirect. |
| 12:10 pm | Re-cross. |
| 12:15 pm | Witness excused. |
| 12:30 pm | Lunch recess. |
| 1:36 pm | Outside the presence of the jury. Proposed jury instructions, discussion held. |
| 1:46 pm | Back in the presence of the jury. |
| 1:47 pm | Pltf called Officer Todd Johnson, sworn and testified. Defense Exh. I-1 |
| 2:02 pm | Cross examination. Defense Exhibit A-1. |
| 2:12 pm | No redirect. Witness excused. |
| 2:13 pm | Defense called Michael Tibon, sworn and testified. Defense Exhibit E, pg. 2, A-1, F, pg. 4. |
| 2:24 pm | Cross examination. |
| 2:25 pm | No redirect. Witness excused. |
| 2:25 pm | Recess. |
| 2:47 pm | Outside the presence of the jury. Discussion of proposed jury instructions. |
| 3:00 pm | Outside the presence of the jury |
| 3:02 pm | Back in the presence of the jury. No additional exhibits to admit. |
| 3:03 pm | Pltf and Defense rest. |
| 3:04 pm | Pltf closing argument. |
| 3:18 pm | Defense closing argument. |
| 3:42 pm | Pltf Rebuttal. |
| 3:52 pm | Jury Instructions given. |
| 4:12 pm | No objections to jury instructions given. |
| 4:13 pm | Court security officer sworn. |
| 4:15 pm | Jury deliberations began. |
| 4:15 pm | Outside the presence of the jury court addressed parties. |
| 4:45 pm | Outside the presence of the jury, court addressed counsel of Jury Note. |
| 4:56 pm | Back in the presence of the jury. Parties present. Court addressed Jury Note that jury will return tomorrow morning to resume deliberations. |
| 4:58 pm | Court in recess until 3/28/24 at 9:00 a.m. Court admonished jury. |
| | |
| | |
| | |
| | |

TIME IN COURT: 6.5 hours